DON A. HERNANDEZ, (SBN 125119)
 *dhernandez@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California 90017   USA
Telephone:  (213) 596-5620
Facsimile:  (213) 596-5621

Attorneys for Plaintiff **ONLINE FLOWER SEARCH, LLC**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ONLINE FLOWER SEARCH, LLC, | Case No. |
| Plaintiff, | **COMPLAINT** |
| v. | Trial Date:   None Set |
| FLORALSHIP, INC. and CHARLES M. JACKSON, | |
| Defendants. | |

## COMPLAINT

**COMES NOW** Online Flower Search, LLC ("Plaintiff") and sets forth its Complaint against FloralShip, Inc. ("FloralShip") and Charles M. Jackson ("Jackson") (collectively "Defendants") as follows:

## JURISDICTION

1. This is an action at law and in equity for copyright infringement arising under the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.*, seeking damages, and preliminary and permanent injunction under 17 U.S.C. §504.

2. This Court has subject matter jurisdiction over this dispute pursuant to 28 U.S.C. §§1331 and 1338 because this suit arises under the 1976 federal Copyright Act.

3. Venue is proper in this judicial district and division pursuant to 28 U.S.C. § 1391(b) and (c) and § 1400(a).

## THE PARTIES

4. Plaintiff is a Georgia limited liability company with its principal place of business at 2122 Faulkner Road, Atlanta, Georgia 30324.

5. Upon information and belief, Defendant FloralShip is a California corporation. According to the records of the California Secretary of State, Defendant's entity address is 1645 Bluebird Canyon, Laguna Beach, California. Defendant may be served through its registered agent, Kristen Bandola, 24 Via Latigo, Rancho Santa Margarita, California, 92688.

6. Upon information and belief, Defendant Jackson resides at 29106 Bridgeport Lane, Menifee, CA 92584.

## RELEVANT FACTS

7. Plaintiff imports and sells cut flowers. Plaintiff has developed a database of its flowers that is accessible to subscribers over the Internet. Plaintiff's database includes photographs of hundreds flowers that Plaintiff has available for purchase ("Images").

8. Each of Plaintiff's Images constitutes an original work of authorship embodying copyrightable subject matter, subject to and entitled to the full protection of the United States Copyright Laws.

9. Plaintiff owns the copyrights to all of the Images.

10. The copyrights to the Images have been registered with the United States Copyright Office. True and correct copies of the Certificates of Registration are attached as Exhibit A.

11. Plaintiff has never distributed copies of the Images to the public by sale or other transfer of ownership, or by rental, lease or lending.

12. On information and belief, Defendant FloralShip is the registrant of the internet domain name <floralship.com> (the "Domain Name").

1  13. On information and belief, a website is hosted at the URL
2  http://new.floralship.com ("the FloralShip Website").
3  14. On information and belief, Defendants exercise control over the content
4  of the FloralShip Website.
5  15. On information and belief, the FloralShip Website hosts a database that
6  facilitates the purchase and sale of cut flowers ("the FloralShip Database").
7  16. On information and belief, buyers may use the FloralShip Database to
8  search for and purchase flowers from a variety of suppliers.
9  17. On information and belief, flowers purchased through the FloralShip
10 Database and/or the FloralShip Website may be shipped throughout the United
11 States, including in this judicial district.
12 18. On information and belief, the FloralShip Database includes copies of
13 over four hundred of Plaintiff's Images.
14 19. Plaintiff has not authorized Defendants to copy, display, or otherwise
15 use any of its Images.
16 20. On information and belief, Defendants display copies of Plaintiff's
17 Images on the FloralShip Website and/or in the course of advertising the FloralShip
18 Database.
19 21. On information and belief, many of the images in the FloralShip
20 Database are identical copies of Plaintiff's Images.
21 22. On information and belief, many of the copies of Plaintiff's Images that
22 are in the FloralShip Database and displayed on the FloralShip Website include
23 Plaintiff's watermark, a stylized presentation of the URL
24 "www.onlineflowersearch.com."
25 23. On information and belief, Defendant Jackson copied Plaintiff's Images
26 and/or uploaded them into the FloralShip Database.
27 24. Defendants' unauthorized copying and display of Plaintiff's Images has
28 been in willful disregard of Plaintiff's rights.

25. After a reasonable opportunity for further investigation and discovery, it is likely the evidence will show that Defendants uploaded copies of the Images to the FloralShip Database and/or began displaying Plaintiff's Images on the FloralShip Website after the copyrights to Plaintiff's Images were registered with the United States Copyright office.

## COUNT I

## COPYRIGHT INFRINGEMENT UNDER 17 U.S.C. §501

26. Paragraphs 1-25 are realleged and incorporated herein by reference.

27. Plaintiff's Images are original works of authorship, and Plaintiff is the sole and exclusive owner of all right, title and interest in and to the copyrights in the Images.

28. The images displayed via the FloralShip Website and/or stored in the FloralShip are copies Plaintiff's Images.

29. Plaintiff has not licensed or otherwise authorized Defendants to reproduce or display any of Plaintiff's Images.

30. Defendants committed the acts of infringement alleged herein willfully, and in knowing disregard for Plaintiff's rights.

31. As a result of Defendants' acts of infringement as alleged herein, Plaintiff is entitled to recover from Defendants, jointly and severally, any damages it has sustained and will sustain, and any profits obtained by Defendants as a result of or attributable to the infringement, in an amount to be proven at trial. Alternatively, Plaintiff may elect prior to trial to recover statutory damages of not less than $750 and not more than $150,000 per Image.

32. Plaintiff is also entitled to recover its full costs, including its reasonable attorney's fees, pursuant to 17 U.S.C. § 505.

33. Plaintiff is also entitled to preliminary and permanent injunctive relief to prevent Defendants from continuing to infringe Plaintiff's copyrights in the Images pursuant to 17 U.S.C. § 502.

# PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays for a judgment of the Court as follows:

1. That Defendants, and all of its officers, agents, servants, employees, and those persons in active concert or participation with Defendants, be preliminarily and permanently enjoined and restrained from any future infringement of Plaintiff's copyrights, including but not limited to the storage, reproduction, use and display of the Plaintiff's Images on the FloralShip Website or in the FloralShip Database;

2. That an accounting be conducted and judgment rendered against Defendants, jointly and severally, for damages for infringement under the Copyright Act of 1976, 17 U.S.C. §504 *et seq.*, together with any profits obtained by Defendants as a result of or attributable to their copyright infringement; or in the alternative and at Plaintiff's election, that Plaintiff be awarded statutory damages against Defendants, jointly and severally, of not less than $750 and not more than $150,000 for each infringed Image;

3. That this Court order Defendants to deliver up for destruction all items in its possession, custody, or control that contain copies of Plaintiff's Images;

4. That Defendants be directed to file with the Court and serve upon Plaintiff, no later than thirty (30) days after the issuance of an injunction, a report in writing and under oath, setting forth in detail the manner and form in which Defendants have complied with the injunctions of the immediately preceding paragraphs and any other provision of this Court's Order;

5. That Plaintiff have and recover its costs in this suit, including but not limited to reasonable attorney's fees and expenses; and

/ / /

/ / /

/ / /

/ / /

/ / /

1     6.    That Plaintiff have such other and further relief as this Court may deem just and proper.

Dated: November 23, 2016        Respectfully submitted,

                                      **ZUBER LAWLER & DEL DUCA LLP**
                                      DON A. HERNANDEZ

                     By:    */s/ Don A. Hernandez*
                            Attorneys for Plaintiff ONLINE FLOWER SEARCH, LLC